IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-MJ-00106 EPG |
| Plaintiff, | ORDER UNSEALING COMPLAINT |
| v. | |
| MARIO ROJO-ALANIZ, et al., | |
| Defendants. | |

The United States having applied to this Court for a complaint and arrest warrant in the above-captioned proceedings and having applied for the complaint and warrant to remain under seal in order to prevent the destruction of evidence and flight of the target of the investigation, and the arrest warrants with respect to Mario Rojo-Alaniz, Julio Jimenez, Francisco Vega-Guzman, and Jose Gutierrez-Callardo now having been executed and the need for sealing with respect to those defendants has ceased;

IT IS ORDERED that the complaint and arrest warrant filed in the above-entitled matter shall be unsealed; the United States shall file a copy of the complaint on the public docket that is redacted to conceal the identity of the co-defendant who has not yet been apprehended. The unredacted complaint shall remain sealed.

IT IS SO ORDERED.

Dated:  **September 30, 2020**         /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE

Order Unsealing Complaint and Arrest Warrant

1