| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
|   | United States Attorney |
| 2 | ANTONIO J. PATACA |
|   | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
|   | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
|   | Facsimile:  (559) 497-4099 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00174 ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO VACATE TRIAL AND SET CHANGE OF PLEA HEARING;  ORDER |
| v. | |
| JULIO JIMENEZ | |
| Defendants. | |

Plaintiff, the United States, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this case was set for trial on February 13, 2024.

2. The United States and defendant, Julio Jimenez, request that the Court vacate the current trial confirmation and trial date as to Mr. Jimenez only and set this matter for a change of plea hearing on November 13, 2023 No exclusion of time is necessary as time was previously excluded up to and including February 13, 2024.

STIPULATION TO CONTINUE STATUS CONFERENCE         1

| | |
|---|---|
| Dated: September 25, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ *Antonio J. Pataca*<br>ANTONIO J. PATACA<br>Assistant United States Attorney |
| Dated:  September 25, 2023 | /s/ *Harry M. Drandell*<br>Attorney for Defendant Julio Jimenez |

IT IS SO ORDERED.

Dated:  September 26, 2023                                        _____
                                                                                   UNITED STATES DISTRICT JUDGE