AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>JULIO JIMENEZ<br>*Defendant* | )<br>)  Case No.  1:20-CR-00174-ADA-BAM<br>)<br>)<br>) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 9-22-'23

*Julio Cesar Jimenez*
*Defendant's signature*

*[signature]*
*Signature of defendant's attorney*

Harry Drandell
*Printed name of defendant's attorney*

*[signature]*
*Judge's signature*

_____, United States District Judge
*Judge's printed name and title*

*Robert Gonzalez*
*Interpreter / Translator*