**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1060 Fulton Street, Suite 701
Fresno, CA 93721
Phone: (559) 442-1041
Fax: (559) 214-0174
hmdrandell@sbcglobal.net

ATTORNEYS FOR DEFENDANT, JULIO JIMENEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br><br><br>JULIO JIMENEZ,<br><br>    Defendant. | Case No.: 1:20-CR-00174-NODJ<br><br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF HARRY M. DRANDELL AS ATTORNEY OF RECORD AND ORDER** |

On October 1, 2020, Defendant, Julio Jimenez was indicted on federal charges. CJA Panel Attorney, Harry M. Drandell was appointed as trial counsel to represent Mr. Jimenez on September 30, 2020, in his criminal case. Mr. Jimenez was sentenced pursuant to a plea agreement on March 22, 2024. The time for filing a direct appeal was April 5, 2024. No direct appeal was filed. The trial phase of Mr. Jimenez's criminal case has, therefore, come to an end. Having completed his representation of Mr. Jimenez, CJA attorney Harry M. Drandell now moves to terminate his appointment under the Criminal Justice Act.

///

Should Mr. Jimenez require further legal assistance, he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated:  May 9, 2024            HARRY M. DRANDELL
                               Law Offices of Harry M. Drandell


                    By:   /s/ Harry M. Drandell
                          HARRY M. DRANDELL
                          Attorney for Defendant,
                          JULIO JIMENEZ

**O R D E R**

Having reviewed the notice and found that attorney Harry M. Drandell has completed the services for which he was appointed, the Court hereby grants attorney Harry M. Drandell's request for leave to withdraw as defense counsel in the matter.  Should defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist Defendant.

/////

/////

MOTION TO TERMINATE CJA APPOINTMENT OF HARRY M. DRANDELL AS ATTORNEY OF RECORD AND ORDER

- 2 -

The Clerk of the Court is directed to serve a copy of this Order on Defendant, Julio Jimenez, at the following address and to update the docket to reflect Defendant's pro se status and contact information:

Julio Jimenez; BOP #12975-479
FCI Victorville Medium II
Federal Correctional Institution
P.O. Box 3850
Adelanto, CA 92301

**IT IS SO ORDERED.**

DATED: May 15, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE