# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO ROJO-ALANIZ,<br><br>Defendant. | Case No.  1:20-cr-00174-DWM-BAM-1<br><br>ORDER REQUIRING GOVERNMENT TO SHOW CAUSE WHY BOND SHOULD NOT BE RETURNED TO SURETY<br><br>**FOURTEEN DAY DEADLINE** |

As relevant here, on October 5, 2020, the assigned Magistrate Judge held a detention hearing as to Defendant Mario Rojo-Alaniz and ordered that Defendant would be released on a $26,000 collateral bond ($23,500 secured by the clean and salvage titles of certain vehicles and $2,500 in cash).  (ECF Nos. 34, 46, 54.)  On October 9, 2020, Surety Jennifer Sanchez posted a cash bond in the amount of $2,500 (Receipt # CAE100046737).  (ECF No. 47.)  Defendant and Surety were advised that the bond "will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence."  (Id.)

On October 24, 2025, Defendant was deported.  (ECF No. 284.)  Thus, the Government moved to dismiss the indictment without prejudice, which the Court granted.  (ECF Nos. 283, 284.)

/ / /

In light of the foregoing, the Court shall order the Government to show cause in writing within **fourteen (14) days** of entry of this order why the $2,500 appearance bond should not be released to the Surety.  If the Government does not respond to this show cause order in writing, that lack of response will be construed as a non-opposition to an order by the Court, and the Court will direct the Clerk of Court to return the bond to the address of the Surety on file.

Finally, notwithstanding that Attorney Kristo K. Bijev has withdrawn from the representation of Defendant, the Court DIRECTS the Clerk of the Court to SERVE this order on Attorney Bijev.

IT IS SO ORDERED.

Dated:   **February 19, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2